UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF MILDRED HOSKINS, et al.,

　　　　　　Plaintiffs,

v.

WELLS FARGO BANK N.A., et al.,

　　　　　　Defendants.

Case No. 2:20-cv-00075

STIPULATION TO EXTEND TIME FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT, AND ORDER

Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that Wells Fargo may have until February 6, 2020, an extension of fourteen calendar days, to answer or otherwise respond to plaintiffs' complaint. Defendant Nationstar Mortgage, LLC, dba Champion Mortgage, removed this case to this Court on January 16, 2020. Wells Fargo's response deadline to the complaint is currently January 23, 2020. No other case deadlines will be affected by this extension.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED January 22, 2020.

| HARPER LAW OFFICES, INC., P.S. | K&L GATES LLP |
|---|---|
| By: /s/ Joseph T.G. Harper | By: /s/ Peter A. Talevich |
| Joseph T.G. Harper, WSBA #34297<br>Charles V. Barnett, WSBA # 54588 | Peter A. Talevich, WSBA # 42644<br>Christopher A. Vandervoort, WSBA #52582<br>925 Fourth Avenue, Suite 2900 |

STIPULATION - 1

304247060 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 8310 S. Park Avenue<br>Tacoma, WA 98408<br>Phone: (253) 212-2450<br>E-mail : harperlawoffices@comcast.net<br>E-mail : charles@hlolegal.com | Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: peter.talevich@klgates.com<br>E-mail: christopher.vandervoort@klgates.com |
| Attorneys for Plaintiffs Estate of Mildred Hoskins; Andre Hoskins and Eric Hoskins, Co-Personal Representatives and Individually; Christopher Hoskins; Estelita Hoskins | Attorneys for Defendant Wells Fargo Bank, N.A. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 22 day of January 2020.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| HARPER LAW OFFICES, INC., P.S. | K&L GATES LLP |
| By: /s/ Joseph T.G. Harper | By: /s/ Peter A. Talevich |
| Joseph T.G. Harper, WSBA #34297<br>Charles V. Barnett, WSBA # 54588 | Peter A. Talevich, WSBA # 42644<br>Christopher A. Vandervoort, WSBA #52582<br>925 Fourth Avenue, Suite 2900 |
| 8310 S. Park Avenue<br>Tacoma, WA 98408<br>Phone: (253) 212-2450<br>E-mail : harperlawoffices@comcast.net<br>E-mail : charles@hlolegal.com | Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: peter.talevich@klgates.com<br>E-mail: christopher.vandervoort@klgates.com |
| Attorneys for Plaintiffs Estate of Mildred Hoskins; Andre Hoskins and Eric Hoskins, Co-Personal Representatives and Individually; Christopher Hoskins; Estelita Hoskins | Attorneys for Defendant Wells Fargo Bank, N.A. |

STIPULATION - 2

304247060 v2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022