UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF MILDRED HOSKINS, et al.,

                     Plaintiffs,

v.

WELLS FARGO BANK N.A., et al.,

                     Defendants.

Case No. 2:20-cv-00075 RSM

STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN, AND ORDER

     Plaintiffs and Defendants jointly stipulate that the deadline for submission of the combined joint status report and discovery plan shall be extended as follows. Upon the issuance of the Court's decision on both of the pending motions to dismiss, all parties shall have 20 days within which to file the combined joint status report and discovery plan.

     The previous deadline for this report was March 4th 2020. However, due to the pending motions to dismiss any combined statement may become unnecessary or inaccurate based upon the Court's decision. Therefore, it seems prudent to the parties to extend the deadline until after the Court makes a decision upon the outstanding motions. The parties therefore respectfully request that the Court for good cause shown enter an order granting this extension. No other case deadlines will be affected by this extension.

     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

     DATED March 6, 2020.

STIPULATION AND ORDER - 1

Harper Law Offices, Inc., P.S.
8310 S. Park Ave.
Tacoma, WA 98408
T: 253-212-2450 / F: 253-212-2467

| | |
|---|---|
| HARPER LAW OFFICES, INC., P.S. | K&L GATES LLP |
| By: /s/ Joseph T.G. Harper | By:/s/ Peter A. Talevich |
| Joseph T.G. Harper, WSBA #34297<br>Charles V. Barnett, WSBA # 54588<br><br>8310 S. Park Avenue<br>Tacoma, WA 98408<br>Phone: (253) 212-2450<br>E-mail : harperlawoffices@comcast.net<br>E-mail : charles@hlolegal.com | Peter A. Talevich, WSBA # 42644<br>Christopher A. Vandervoort, WSBA #52582<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: peter.talevich@klgates.com<br>E-mail: christopher.vandervoort@klgates.com |
| Attorneys for Plaintiffs Estate of Mildred Hoskins; Andre Hoskins and Eric Hoskins, Co-Personal Representatives and Individually; Christopher Hoskins; Estelita Hoskins | Attorneys for Defendant Wells Fargo Bank, N.A. |

MALCOM & CISNEROS, A Law Corporation

/s/ Nathan F. Smith

Nathan F. Smith, WSBA #43160
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

Attorneys for Defendant Nationstar Mortgage, LLC d.b.a. Champion Mortgage

PURSUANT TO STIPULATION, IT IS SO ORDERED this 6th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 2

Presented by:

HARPER LAW OFFICES, INC., P.S.          K&L GATES LLP

By: /s/ Joseph T.G. Harper                By:/s/ Peter A. Talevich

Joseph T.G. Harper, WSBA #34297           Peter A. Talevich, WSBA # 42644
Charles V. Barnett, WSBA # 54588          Christopher A. Vandervoort, WSBA #52582
                                          925 Fourth Avenue, Suite 2900
8310 S. Park Avenue                       Seattle, WA  98104
Tacoma, WA 98408                          Phone:  (206) 623-7580
Phone:  (253) 212-2450                    Fax:  (206) 623-7022
E-mail : harperlawoffices@comcast.net     E-mail:  peter.talevich@klgates.com
E-mail : charles@hlolegal.com             E-mail:  christopher.vandervoort@klgates.com

Attorneys for Plaintiffs Estate of Mildred
Hoskins; Andre Hoskins and Eric Hoskins,  Attorneys for Defendant Wells Fargo Bank,
Co-Personal Representatives and Individually;  N.A.
Christopher Hoskins; Estelita Hoskins


MALCOM & CISNEROS, A Law Corporation

/s/ Nathan F. Smith

Nathan F. Smith, WSBA #43160
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

STIPULATION AND ORDER - 3