THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ESTATE OF MILDRED J. HOSKINS; ANDREW HOSKINS and ERICK HOSKINS, as co-personal representatives and individually; CHRISTOPHER HOSKINS; ESTELITA HOSKINS,<br><br>Plaintiffs.<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and NATIONSTAR MORTGAGE, LLC d/b/a CHAMPION MORTGAGE,<br><br>Defendants. | CASE NO. 2:20-cv-00075-RSM<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR NATIONSTAR MORTGAGE, LLC TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

THE COURT, being fully advised in the premises, and based upon the stipulation of Plaintiff and defendant Nationstar Mortgage, LLC d.b.a. Champion Mortgage ("Champion"), HEREBY ORDERS that: Champion's responsive pleading deadline is extended from May 1, 2020 to May 8, 2020.

IT IS SO ORDERED.

DATED THIS 1st day of May, 2020.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

MALCOLM ♦ CISNEROS, A Law Corporation

By: */s/ Nathan F. Smith*
Nathan F. Smith, WSBA #43160
*Attorneys for Malcolm ♦ Cisneros, A Law Corporation*
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Stipulated to:*


HARPER LAW OFFICES, INC., P.S.

By: [signature]
Joseph T.G. Harper, WSBA #34297
Charles V. Barnett, WSBA #54588
*Attorneys for Plaintiffs*
8310 S. Park Avenue
Tacoma, Washington 98408
Phone: (253) 212-2450
Email: harperlawoffices@comcast.net
Email: charles@hlolegal.com