The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF MILDRED HOSKINS,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-00075 RSM<br><br>STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN, AND ORDER.<br><br>NOTED FOR MAY 12, 2020 |

　　　　Plaintiff and Defendants jointly stipulate that the deadline for submission of the combined joint status report and discovery plan shall be extended as follows. Upon the issuance of the Court's decision on both of the pending motions to dismiss, all parties shall have 20 days within which to file the combined joint status report and discovery plan.

　　　　The previous deadline for this report was twenty days after the Court's Order on the previously pending motions to dismiss. Due to the pending motions to dismiss Plaintiff's Amended Complaint, any combined statement may again become unnecessary or inaccurate based upon the Court's decision. Therefore, it seems prudent to the parties to extend the deadline until after the Court makes a decision upon the outstanding motions. The parties therefore respectfully request that the Court for good cause shown enter an order granting this extension. No other case deadlines will be affected by this extension.

Stipulation and Order - 1

HARPER LAW OFFICES, Inc. P.S.
8310 S. Park Ave.
Tacoma, WA. 98408
253-212-2450/Fax: 253-212-2467

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED May 12th, 2020.

| HARPER LAW OFFICES, INC., P.S. | K&L GATES LLP |
|---|---|
| By: /s/ Joseph T.G. Harper | By: /s/ Peter A. Talevich |
| Joseph T.G. Harper, WSBA #34297<br>Charles V. Barnett, WSBA # 54588<br>8310 S. Park Avenue<br>Tacoma, WA 98408<br>Phone: (253) 212-2450<br>Fax: (253) 212-2467<br>E-mail: harperlawoffices@comcast.net<br>E-mail: charles@hlolegal.com<br>Attorneys for Plaintiffs Estate of Mildred Hoskins | Peter A. Talevich, WSBA # 42644<br>Christopher A. Vandervoort, WSBA #52582<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: peter.talevich@klgates.com<br>E-mail: christopher.vandervoort@klgates.com<br>Attorneys for Defendant Wells Fargo Bank, N.A. |

MALCOM & CISNEROS, A Law Corporation

By: /s/ Nathan F. Smith

Nathan F. Smith, WSBA #43160
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org
Attorneys for Defendant Nationstar Mortgage, LLC d.b.a. Champion Mortgage

PURSUANT TO STIPULATION, IT IS SO ORDERED this 12th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| HARPER LAW OFFICES, INC., P.S. | K&L GATES LLP |
| By: /s/ Joseph T.G. Harper | By: /s/ Peter A. Talevich |
| Joseph T.G. Harper, WSBA #34297<br>Charles V. Barnett, WSBA # 54588<br>8310 S. Park Avenue<br>Tacoma, WA 98408<br>Phone: (253) 212-2450<br>Fax: (253) 212-2467<br>E-mail: harperlawoffices@comcast.net<br>E-mail: charles@hlolegal.com<br>Attorneys for Plaintiffs Estate of Mildred Hoskins | Peter A. Talevich, WSBA # 42644<br>Christopher A. Vandervoort, WSBA #52582<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: peter.talevich@klgates.com<br>E-mail: christopher.vandervoort@klgates.com<br>Attorneys for Defendant Wells Fargo Bank, N.A. |

MALCOM & CISNEROS, A Law Corporation

By: /s/ Nathan F. Smith

Nathan F. Smith, WSBA #43160
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org
Attorneys for Defendant Nationstar Mortgage, LLC d.b.a. Champion Mortgage

Stipulation and Order - 3

HARPER LAW OFFICES, Inc. P.S.
8310 S. Park Ave.
Tacoma, WA. 98408
253-212-2450/Fax: 253-212-2467