The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF MILDRED HOSKINS,<br><br>               Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a CHAMPION MORTGAGE,<br><br>               Defendant. | Case No. C20-75-MLP<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL |

Plaintiffs and Defendant Nationstar Mortgage, LLC, d/b/a Champion Mortgage ("Champion") by and through their attorneys of record, and hereby stipulate and agree that this matter has been fully settled by the parties to this stipulation and all claims shall be dismissed with prejudice and without costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED July 9, 2021.

| | |
|---|---|
| HARPER LAW OFFICES, INC., P.S.<br><br>By: /s/ Joseph T.G. Harper<br>Joseph T.G. Harper, WSBA #34297<br>8310 S. Park Avenue<br>Tacoma, WA 98408<br>Phone: (253) 212-2450 | MALCOM & CISNEROS, A Law Corporation<br>By: /s/ Nathan F. Smith<br>Nathan F. Smith, WSBA #43160<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400 |

Stipulation and Agreed Order Dismissal - 1

HARPER LAW OFFICES, Inc. P.S.
8310 S. Park Ave.
Tacoma, WA. 98408
253-212-2450/Fax: 253-212-2467

E-mail : harperlawoffices@comcast.net
Attorneys for Plaintiff Estate of Mildred Hoskins.

Email: nathan@mclaw.org
Attorneys for Defendant Nationstar Mortgage, LLC, d/b/a Champion Mortgage.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 9th day of July, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge